IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| EDD BALLOU, RICHARD NOLL, and TORRUS PHILLIPS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DET DISTRIBUTING COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3-03:1055<br>) JUDGE HAYNES<br>)<br>)<br>)<br>) |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 33) is **GRANTED** as to Plaintiffs' exemption under the Motor Carriers Act and **DENIED** as to Plaintiffs' exemption under the outside sales/combination exception of the Fair Labor Standards Act.

Plaintiffs' claims are hereby **DISMISSED** with prejudice.

This is the Final Order in this Action.

It is so **ORDERED**.

ENTERED this the 17th day of July, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge